UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JOSEPH KYLE FOUST,** <br><br> Petitioner, <br><br> vs. <br><br> **JONATHAN HEMINGWAY,** <br><br> Respondent. | 2:22-CV-12607-TGB-RSW |

## JUDGMENT

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan: August 4, 2023

                                             KINIKIA ESSEX
                                             CLERK OF THE COURT

                                             s/A. Chubb
                                             Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE